# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARNARD ALAN MCGAUTHY,<br><br>Petitioner,<br><br>v.<br><br>E. VALENZUELA, Warden,<br><br>Respondent. | Case No. CV 13-3656 GW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: July 12, 2013

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE