# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BARNARD ALAN MCGAUTHY,  ) Case No. CV 13-3656 GW (JCG)
           Petitioner,  )
                        ) **JUDGMENT**
       v.               )
                        )
E. VALENZUELA, Warden,  )
           Respondent.  )

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: July 12, 2013

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE